ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar o. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          dwrenn@grsm.com

          mailto:wwong@grsm.com
*Attorneys for Colinx, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHIANNON WILSON, <br><br> Plaintiff, <br><br> vs. <br><br> COLINX, LLC; AND DOES I-X, <br><br> Defendants. | Case No.:   3:19-CV-00285-LRH-CBC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff RHIANNON WILSON, ("Plaintiff"), and Defendant COLINX, LLC ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint for Damages and Injunctive Relief ("Complaint") on May 30, 2019 [ECF No. 1].

2. Plaintiff filed an executed Summons, on June 4, 2019, at which time the Court's docket assigned June 24, 2019 as the due date for Defendant's to respond to the Complaint [ECF No. 4].

3. Defendant retained Gordon Rees Scully Mansukhani, LLP as counsel on June 20, 2019.

4. Due to the short time period, Defendant's attorneys have not had the opportunity

1   to obtain documents or discuss in detail with Defendant the allegations of the Complaint.

2        5.     Defendant requests an extension to allow its counsel to fully review and respond to the allegations and the arguments in the Complaint.

     6.     Defendant requests an extension until July 12, 2019 to file its response to the Complaint.

     7.     The parties have conferred and have agreed to the requested extension described above.

     8.     This stipulation is not made for purposes of delay.

     9.     Therefore, the parties agree that Defendant's response to the Complaint is now due on or before July 12, 2019.

| | |
|---|---|
| DATED: June 21, 2019. | DATED: June 21, 2019. |
| GORDON REES SCULLY MANSUKHANI, LLP | MARK MAUSERT LAW |
| */s/ Robert S. Larsen* | */s/ Mark Mausert* |
| ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 | MARK MAUSERT, ESQ.<br>Nevada Bar No. 2398<br>729 Evans Avenue<br>Reno, NV 89512 |
| *Attorneys for Defendant COLINX, LLC* | *Attorney for Plaintiff Rhiannon Wilson* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: 6/26/2019