ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar o. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
      dwrenn@grsm.com

    mailto:wwong@grsm.com
*Attorneys for CoLinx, LLC*

```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                          COUNSEL/PARTIES OF RECORD

                         AUG 1 2 2019

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHIANNON WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLINX, LLC; AND DOES I-X,<br><br>    Defendants. | Case No.: 3:19-CV-00285-LRH-CBC<br><br>**STIPULATION AND ORDER FOR EXCEPTION TO ATTENDANCE REQUIREMENT** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff RHIANNON WILSON, ("Plaintiff"), and Defendant COLINX, LLC ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Stipulation for Exception to Attendance Requirement Pursuant to LR 16-6(e) and the Court's Order Scheduling Early Neutral Evaluation Session [ECF No. 9]:

## **STIPULATION**

1. Plaintiff filed her Complaint for Damages and Injunctive Relief ("Complaint") on May 30, 2019 [ECF No. 1].

2. Defendant filed its Answer to Plaintiff's Complaint on July 12, 2019 [ECF No. 7].

3. On August 1, 2019, the Court issued an Order Scheduling Early Neutral Evaluation Session ("ENE") for October 2, 2019 [ECF No. 9].

4. The Parties held their FRCP 26(f) conference on August 6, 2019 during which the

Parties agreed to file a Joint Stipulation and Order to Excuse Defendant's Insurance Adjuster from in-person attendance at the ENE.

 5. An exception is necessary because traveling from New York to Nevada for the ENE would place a hardship on the Adjuster to find childcare for two (2) to three (3) days, and would require the Adjuster to expend personal monies to secure day and overnight childcare.

 6. Additionally, the Adjuster's in-person attendance is not necessary in this matter as Defendant has a significant self-insured retention.

 7. Counsel and representatives of the Parties with settlement authority will attend the ENE in-person. The excused Insurance Adjuster will be available telephonically.

 8. The parties have conferred and agreed to the requested exception described above.

 9. This stipulation is not made for purposes of delay.

 10. Therefore, the parties agree to an Exception of the LR 16-6(e) Attendance Requirements at the October 2, 2019 ENE for Defendant's Insurance Adjuster.

| DATED: August 9, 2019. | DATED: August 9, 2019. |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | MARK MAUSERT LAW |
| /s/ Dione C. Wrenn | /s/ Mark Mausert |
| ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant CoLinx, LLC* | MARK MAUSERT, ESQ.<br>Nevada Bar No. 2398<br>729 Evans Avenue<br>Reno, NV 89512<br><br>*Attorney for Plaintiff Rhiannon Wilson* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 12, 2019