**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHIANNON WILSON, | Case No.: 3:19-CV-00285-LRH-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| COLINX, LLC; AND DOES I-X., | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITH PREUDICE

Plaintiff Rhiannon Wilson ("Plaintiff") and Defendant CoLinx, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate that:

1. All claims Plaintiff had, or may have had, against Defendant that are contained herein, are reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety with each party to bear her/its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

2. All remaining deadlines and hearings be vacated in light of the parties stipulated dismissal with prejudice.

DATED this 11th day of September, 2019
MARK MAUSERT LAW

/s/ Mark Mausert
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
729 Evans Avenue
Reno, NV 89512

*Attorney for Plaintiff Rhiannon Wilson*

DATED this 11th day of September, 2019
GORDON REES SCULLY MANSUKHANI, LLP

/s/ Dione C. Wrenn
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, NV 89169

*Attorneys for CoLinx, LLC*

**IT IS SO ORDERED**

DATED this 12th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-